1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  Marco A. Palau (SBN 242340)
   Jessica Juarez (SBN 269600)
3  MALLISON & MARTINEZ
   Attorneys at Law
4  1939 Harrison Street, Suite 730
   Oakland, CA 94612
5  Telephone:     (510) 832-9999
   Facsimile:     (510) 832-11012
6  StanM@TheMMLawFirm.com
   HectorM@TheMMLawFirm.com
7  MPalau@TheMMLawFirm.com
   JJuarez@TheMMLawFirm.com
8

   Brett L. Dickerson, #184884            Anthony Raimondo, # 200387
9  Gianelli & Associates                  McCormick, Barstow, Sheppard,
   A Professional Law Corporation         Wayte & Carruth LLP
10 1014 – 16th Street                     P.O. Box 28912
   P. O. Box 3212                         5 River Park Place East
11 Modesto, CA  95353                     Fresno, CA  93720-1501
   Telephone:    (209) 521-6260           Telephone:    (559) 433-1300
12                                        Facsimile:    (559) 433-2300

13 Attorneys for Defendants

14                     UNITED STATES DISTRICT COURT

15                  EASTERN DISTRICT OF CALIFORNIA (FRESNO)

16
   RIGOBERTO FLORES, JUAN FLORES,          Case No.  1:09-CV-01618-AWI-JLT
17 ELADIO FLORES and JOEL VERDUGO
   on behalf of themselves, the State of   **STIPULATION AND ORDER TO**
18 California and all current and former   **POSTPONE DATES AND DEADLINES**
   employees of DEFENDANTS,                **BASED UPON PROPOSED SETTLEMENT**
19                                         **OF ALL CLAIMS**
              Plaintiffs,
20
   v.
21
   EDWIN GENASCI, GENASCI RANCH,
22 LP and GENASCI DAIRY, INC., a
   California corporation,
23
              Defendants.
24

25        The parties in the above-referenced matter hereby stipulate to the following:

26        1.     The parties mediated the case on January 4, 2011 before mediator Dan Quinn.

27        2.     During that mediation, the parties hereto have reached a settlement and have

28 signed a memorandum of understanding.  Currently, the parties are working to complete the final

---

STIPULATION AND ORDER

settlement agreement, which will need to be approved by this Court pursuant to the California Private Attorney General's Act, (the "PAGA"). The parties hereto shall submit the final settlement agreement to the Court for approval no later than March 1, 2011.

3. Given that Court approval of any settlement agreement is required, the parties hereto through their undersigned counsel respectfully submit this stipulation for extension of time related to discovery to this Court in light of the deadlines imposed by the current scheduling order. Specifically, both parties have propounded written discovery, and each has informed the other that there are potential issues that will need to be addressed through the meet and confer process. If unresolved, these matters could potentially become the basis for motions to compel further answers or the propounding of additional discovery. Given the dire condition of the California dairy industry during the duration of this matter, there has been an ongoing effort to negotiate a resolution of this matter before the significant expense of filing motions to compel and deposing the named parties plus relevant percipient witnesses was incurred.

4. Given the results of the mediation that was conducted on January 4th, it appears that the matter has been successfully resolved, pending the execution of the final settlement agreement and the Courts approval of the PAGA elements of the action. The Parties desire to complete the final settlement documents and obtain court approval thereof without the need to complete depositions prior to the current January 28, 2011 cutoff date for non-expert discovery.

5. Towards this end, the parties have stipulated to extend all discovery deadlines for 60 days, pending final approval of the settlement agreement by this Court.

6. The parties have obtained no prior extensions of time related to discovery in this matter.

7. In addition, the parties have agreed and stipulated that all deadlines except the pre-trial conference and trial dates, be extended as follows:

|  | **Current** | **Proposed** |
|---|---|---|
| Parties Submit Finalized Settlement Agreement | NA | March 1, 2011 |
| Non-Expert Discovery: | Jan. 28, 2011 | March 31, 2011 |
| Supplemental Expert Disclosure: | February 25, 2011 | April 30, 2011 |

| | | |
|---|---|---|
| Expert Discovery: | May 6, 2011 | June 6, 2011 |
| Motion Deadlines: | | |
|     Non-Dispositive Filing: | May 13, 2011 | May 15, 2011 |
|     Dispositive Filing: | July 8, 2011 | May 25, 2011 |
| Pretrial Conference: | September 8, 2011 | No change |
| Jury Trial: | December 6, 2011 | No change |

This schedule endeavors to compress the existing discovery dates while leaving adequate time for the consideration of dispositive motions prior to the pre-trial conference, which, along with the trial date, remains unchanged.

Dated: January 20, 2011               McCORMICK, BARSTOW, SHEPPARD,
                                                              WAYTE & CARRUTH LLP


                                                     By: /s/ Anthony Raimondo
                                                              Anthony Raimondo
                                                            Attorneys for Defendants
                                                  EDWIN GENASCI, GENASCI RANCH,
                                                     LP and GENASCI DAIRY, INC.


Dated: January 20, 2011                           GIANELLI & ASSOCIATES


                                                     By: /s/ Brett L. Dickerson
                                                              Brett L. Dickerson
                                                            Attorneys for Defendants
                                                  EDWIN GENASCI, GENASCI RANCH,
                                                     LP and GENASCI DAIRY, INC.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION AND ORDER

1 | Dated: January 20, 2011 | MALLISON & MARTINEZ

By: /s/ Stan Mallison
Stan Mallison
Attorneys for Plaintiffs
RIGOBERTO FLORES, JUAN FLORES,
ELADIO FLORES and JOEL VERDUGO

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

4

STIPULATION AND ORDER

**ORDER**

Based upon the report that the matter has settled and pending approval of the proposed settlement agreement, the Court hereby **ORDERS**:

1. The Scheduling Order is modified as follows:

| | |
|---|---|
| Non-Expert Discovery Deadline | March 29, 2011 |
| Joint Expert Disclosure: | March 31, 2011 |
| Supplemental Expert Disclosure: | April 30, 2011 |
| Expert Discovery Deadline: | June 6, 2011 |
| Motion Deadlines: | |
|    Non-Dispositive Filing: | May 15, 2011 |
|    Non-Dispositive Hearing: | June 17, 2011 |
|    Dispositive Filing: | May 25, 2011 |
|    Dispositive Hearing: | July 11, 2011 |

2. The parties are **ORDERED** to submit their motion for approval of the proposed settlement agreement **no later than March 1, 2011**.

IT IS SO ORDERED.

Dated:   **January 21, 2011**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE