1  Stan S. Mallison, (SBN 184191)
2  Hector R. Martinez (SBN 206336)
   Marco A. Palau (SBN 242340)
3  Jessica Juarez (SBN 269600)
   Joseph Sutton (SBN 269951)
4  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
5  Oakland, CA  94612
   Telephone: (510) 832-9999
6  Facsimile:  (510) 832-1101
7  stanm@TheMMLawFirm.com
   hectorm@TheMMLawFirm.com
8  mpalau@TheMMLawFirm.com

9  Attorneys for PLAINTIFFS

10

11                     UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

13

| RIGOBERTO FLORES, JUAN FLORES, ELADIO FLORES and JOEL VERDUGO on behalf of themselves, the State of California and all current and former employees of DEFENDANTS,<br><br>Plaintiffs,<br><br>vs.<br><br><br>EDWIN GENASCI, GENASCI RANCH, LP and GENASCI DAIRY, INC., A California Corporation,<br><br>Defendants. | Case No. 1:09-cv-01618-AWI-GSA<br><br>**Stipulation and Order of Dismissal** |
|---|---|

        IT IS HEREBY STIPULATED by and between the parties named herein, through their

respective counsel, that:

1     The parties have executed a settlement agreement resolving all claims of all parties in the case. Pursuant to FCRP 41, it is hereby stipulated that the above entitled action be dismissed with prejudice. Each party to bear their costs except as provided by the settlement agreement.

    As part of the settlement, Defendants have agreed to pay plaintiffs a negotiated gross sum to resolve this matter, and have agreed not to oppose approval of the settlement. The settlement gives Plaintiffs sole discretion to allocate distribution to all of those who may be entitled to a portion of the amount paid, including but not limited to the California Workforce Development Agency. Plaintiffs have determined that a payment of $1900 from the settlement funds is to be paid to the California Labor & Workforce Development Agency. A condition of the settlement and this dismissal is that this court approve this payment.

    Defendants do not oppose approval of this settlement.

Dated:  May 24, 2011        MALLISON & MARTINEZ

                                      /s/ Marco A. Palau
                                      Marco A. Palau
                                      Attorneys for Plaintiffs

Dated:  May 24, 2011        McCORMICK, BARSTOW, SHEPPARD
                                      WAYTE & CARRUTH

                                      /s/Anthony Raimondo
                                      Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation and good cause shown, the Court hereby ORDERS as follows:

1. The Court dismisses all claims with prejudice;
2. The Court approves the payment of $1900 payment to the California Labor & Workforce Development Agency;

IT IS SO ORDERED.

Dated:  June 2, 2011

CHIEF UNITED STATES DISTRICT JUDGE